

**FILED**

SEP 11 2012

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | | |
|---|---|---|
| ASARCO LLC, a Delaware corporation, | ) ) ) | CV 12-53-H-DLC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| ATLANTIC RICHFIELD COMPANY, a Delaware Corporation, AMERICAN CHEMET CORPORATION, a Montana corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff ASARCO LLC ("Asarco") has filed an unopposed motion to amend the Complaint and caption in this matter to more accurately identify one of the Defendants.

IT IS HEREBY ORDERED that the motion (doc. 26) is GRANTED. Plaintiff shall amend the Complaint to substitute Atlantic Richfield Company as a defendant in place of BRITISH PETROLEUM, PLC. American Chemet's Motion to Dismiss shall be deemed to have been made with regard to the Amended Complaint. Additionally, the caption is amended as reflected above.

IT IS FURTHER ORDERED that Atlantic Richfield Company shall respond

to the First Amended Complaint within 21 days of its filing.

The Clerk is directed to amend the docket to substitute Atlantic Richfield Company as a defendant in place of British Petroleum, PLC.

Dated this 11th day of September 2012.

Dana L. Christensen, District Judge
United States District Court