# EXHIBIT 1A

# MERRILL CORPORATION

**LegaLink, Inc.**  
20750 Ventura Boulevard  
Suite 205  
Woodland Hills, CA 91364  
Phone: 818.593.2300  
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17186301 | 02/28/2014 | 1707-361022 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/12/2014 | HUNT02 | |

| CASE CAPTION |
|---|
| ASARCO vs. Atlantic Richfield |

| TERMS |
|---|
| Immediate, sold Merrill FOB facility |

Kenzo Kawanabe  
David Graham & Stubbs, LLP  
1550 17th Street  
Suite 500  
Denver, CO 80202

CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
| | | | |
|---|---|---|---|
| Richard Krablin, 30 b 6 | 434 Pages @ | 3.50/Page | 1,519.00 |
| Exhibit Scanning | 194.00 Pages @ | .20/Page | 38.80 |
| Unedited ASCII (RT) | 381.00 Pages @ | 1.45/Page | 552.45 |
| TotalTranscript | | | 45.00 |
| E-Delivery | | | 25.00 |

TOTAL DUE >>>>  2,180.25  
AFTER 3/30/2014 PAY  2,398.28

Your business is appreciated, thank you.  
For your convenience we accept Visa, Mastercard and American Express.  
Credit Card hotline 1-866-550-1934 (Monday-Thursday 6am-6pm, Friday-6am-4pm Central Standard Time).

Use Tax - $ 78.93  
2280-1-00-0000

2259.18

TAX ID NO.: 20-2665382   (303) 892-9400   Fax (303) 893-1379

*Please detach bottom portion and return with payment.*

Kenzo Kawanabe  
David Graham & Stubbs, LLP  
1550 17th Street  
Suite 500  
Denver, CO 80202

Invoice No.: 17186301  
Date       : 02/28/2014  
TOTAL DUE  :   2,180.25  
AFTER 3/30/2014 PAY :  2,398.28

Job No.  : 1707-361022  
Case No. :  
ASARCO vs. Atlantic Richfield

Remit To:   LegaLink, Inc.  
            File 70206  
            Los Angeles, CA 90074-0206



TAX I.D. 92-0187493

# NORDHAGEN COURT REPORTING Inc.
1734 HARRISON AVENUE
BUTTE, MONTANA 59701
(406) 494-2083

| TO: | RE: |
|---|---|
| Kenzo Kawanabe<br>Attorney at law<br>Davis Graham & Stubbs<br>1550 17th Street, Suite 500<br>Denver, CO  80202-1500 | ASARCO vs. ARCO<br>CV-12-53-H-DLC |

| /14/14 | Jon Nickel     original/copy/e-tran | $ 1380.00 |
|---|---|---|
| | Expedite @ 329 pgs. @ .50 | 164.00 |
| | Video   8 hrs. @ 75.00 | 600.00 |
| | 2nd copy Dvd's   8 @ 10.00 | 80.00 |
| | 16 Mini Dv's @ 4.00 copy backup | 64.00 |
| | Exhibits scanned | 138.00 |
| | | |
| | | |
| | **Total** | **$ 2426.00** |
| | | |

Use Tax - $ 87.82
2280-1-00-0000        — 2513.82

# Hunter + Geist, Inc.

1900 Grant Street  
Suite 1025  
Denver, CO 80203  
Phone: (303) 832-5966 Fax: (303) 832-9525

Job #: 140325GR  
Job Date: 03/25/14  
Order Date: 03/25/14  
DB Ref.#:  
Date of Loss: / /  
Your File #:  
Your Client: Atlantic Richfield

**Invoice**

Invoice #: 108927  
Inv.Date: 04/11/14  
Balance: $1,890.80

Bill To:  
Elizabeth H. Temkin, Esq.  
Temkin Wielga & Hardt LLP  
1900 Wazee Street  
Suite 303  
Denver, CO 80202

Action: ASARCO LLC  
vs  
Atlantic Richfield Company, et al.  
Action #: 6:12-cv-00053-DLC  
Rep: Glennie Reporting  
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | (video) Christopher Pfahl (Individual) | Appearance Fee - Hourly | $170.00 |
| 2 | (video) Christopher Pfahl 30(b)(6) | Appearance Fee - Hourly | $40.00 |
| 3 | (video) Christopher Pfahl (Individual) | Original Certified Transcript | $518.70 |
| 4 | (video) Christopher Pfahl (Individual) | Rough Draft | $171.00 |
| 5 | (video) Christopher Pfahl (Individual) | Electronic Transcript Files | $15.00 |
| 6 | (video) Christopher Pfahl (Individual) | Scanned Exhibits | $61.20 |
| 7 | (video) Christopher Pfahl (Individual) | Word Index - NO CHARGE | $0.00 |
| 8 | (video) Christopher Pfahl 30(b)(6) | Original Certified Transcript | $100.40 |
| 9 | (video) Christopher Pfahl 30(b)(6) | Rough Draft | $30.00 |
| 10 | (video) Christopher Pfahl 30(b)(6) | Electronic Transcript Files | $15.00 |
| 11 | (video) Christopher Pfahl 30(b)(6) | Word Index - NO CHARGE | $0.00 |
| 12 | | Original Video Fee | $769.50 |

Comments:  
Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $1,890.80 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,890.80 |
| Payment | $0.00 |
| Balance Due | $1,890.80 |

Federal Tax I.D.: 84-0835207  
Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*  
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

Bill To:  
Elizabeth H. Temkin, Esq.  
Temkin Wielga & Hardt LLP  
1900 Wazee Street  
Suite 303  
Denver, CO 80202

Deliver To:  
Elizabeth H. Temkin, Esq.  
Temkin Wielga & Hardt LLP  
1900 Wazee Street  
Suite 303  
Denver, CO 80202

**Invoice**

Phone: (303) 832-5966  
Fax: (303) 832-9525

Hunter + Geist, Inc.  
1900 Grant Street  
Suite 1025  
Denver, CO 80203

Invoice #: 108927  
Inv.Date: 04/11/14  
Balance: $1,890.80  
Job #: 140325GR  
Job Date: 03/25/14  
DB Ref.#:  
Date of Loss: / /  
Your File #:  
Your Client: Atlantic Richfield

**Hunter + Geist, Inc.**
1900 Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966  Fax: (303) 832-9525

Job #: 140428CB
Job Date: 04/28/14
Order Date: 04/28/14
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Atlantic Richfield

**Invoice**

Invoice #: 110148
Inv.Date: 05/14/14
Balance: $756.55

| | |
|---|---|
| **Bill To:**<br>Kenzo Kawanabe, Esq.<br>Davis Graham & Stubbs, LLP<br>1550 17th Street<br>Suite 500<br>Denver, CO 80202 | Action: ASARCO LLC<br>vs<br>Atlantic Richfield Company, et al.<br>Action #: 6:12-cv-00053-DLC<br>Rep: Carol M. Bazzanella<br>Cert: RPR, CRR |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Margaret W. Staub | Appearance Fee - Hourly | $80.00 |
| 2 | Margaret W. Staub | Original Certified Transcript | $451.60 |
| 3 | Margaret W. Staub | Realtime/Rough Draft | $163.50 |
| 4 | Margaret W. Staub | Electronic Transcript Files | $15.00 |
| 5 | Margaret W. Staub | Scanned Exhibits | $46.45 |
| 6 | Margaret W. Staub | Word Index - NO CHARGE | $0.00 |

**Comments:**
Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $756.55 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$756.55** |
| Payment | $0.00 |
| Balance Due | $756.55 |

Federal Tax I.D.: 84-0835207    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Use Tax - $ 24.49
2280-1-00-0000

781.04

**Bill To:**    Internal File No: 21688
Kenzo Kawanabe, Esq.
Davis Graham & Stubbs, LLP
1550 17th Street
Suite 500
Denver, CO 80202

**Deliver To:**
Kenzo Kawanabe, Esq.
Davis Graham & Stubbs, LLP
1550 17th Street
Suite 500
Denver, CO 80202

**Invoice**

Phone: (303) 832-5966
Fax: (303) 832-9525

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

Invoice #: 110148
Inv.Date: 05/14/14
Balance: $756.55
Job #: 140428CB
Job Date: 04/28/14
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Atlantic Richfield

# Hunter + Geist, Inc.

1900 Grant Street  
Suite 1025  
Denver, CO 80203  
Phone: (303) 832-5966  Fax: (303) 832-9525

Job #: 140424CB  
Job Date: 04/24/14  
Order Date: 04/24/14  
DB Ref.#:  
Date of Loss: / /  
Your File #:  
Your Client: Atlantic Richfield  

# Invoice

Invoice #: 109902  
Inv.Date: 05/08/14  
Balance: $2,278.30

| Bill To: | Action: | ASARCO LLC |
|---|---|---|
| Benjamin B. Strawn, Esq. | | vs |
| Davis Graham & Stubbs, LLP | | Atlantic Richfield Company, et al. |
| 1550 17th Street | Action #: | 6:12-cv-00053-DLC |
| Suite 500 | Rep: | Carol M. Bazzanella |
| Denver, CO 80202 | Cert: | RPR, CRR |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | (video) Andy Davis, Ph.D. | Appearance Fee - Hourly | $160.00 |
| 2 | (video) Andy Davis, Ph.D. | Original Certified Transcript | $879.00 |
| 3 | (video) Andy Davis, Ph.D. | Realtime/Rough Draft | $318.00 |
| 4 | (video) Andy Davis, Ph.D. | Electronic Transcript Files | $15.00 |
| 5 | (video) Andy Davis, Ph.D. | Scanned Exhibits | $88.80 |
| 6 | (video) Andy Davis, Ph.D. | Original Video Fee | $817.50 |
| 7 | (video) Andy Davis, Ph.D. | Word Index - NO CHARGE | $0.00 |

Comments:

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $2,278.30 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $2,278.30 |
| Payment | $0.00 |
| Balance Due | $2,278.30 |

Federal Tax I.D.: 84-0835207  Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.  
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To: Internal File No: 21688  
Benjamin B. Strawn, Esq.  
Davis Graham & Stubbs, LLP  
1550 17th Street  
Suite 500  
Denver, CO 80202  

Deliver To:  
Benjamin B. Strawn, Esq.  
Davis Graham & Stubbs, LLP  
1550 17th Street  
Suite 500  
Denver, CO 80202  

# Invoice

Phone: (303) 832-5966  
Fax: (303) 832-9525  

Hunter + Geist, Inc.  
1900 Grant Street  
Suite 1025  
Denver, CO 80203  

Invoice #: 109902  
Inv.Date: 05/08/14  
Balance: $2,278.30  
Job #: 140424CB  
Job Date: 04/24/14  
DB Ref.#:  
Date of Loss: / /  
Your File #:  
Your Client: Atlantic Richfield

# Hunter + Geist, Inc.

1900 Grant Street  
Suite 1025  
Denver, CO 80203  
Phone: (303) 832-5966   Fax: (303) 832-9525

Job #: 140425CB  
Job Date: 04/25/14  
Order Date: 04/25/14  
DB Ref.#:  
Date of Loss: / /  
Your File #:  
Your Client: Atlantic Richfield

# Invoice

Invoice #: 110319  
Inv.Date: 05/17/14  
Balance: $1,796.00

**Bill To:**  
Elizabeth H. Temkin, Esq.  
Temkin Wielga & Hardt LLP  
1900 Wazee Street  
Suite 303  
Denver, CO 80202

Action: ASARCO LLC  
vs  
Atlantic Richfield Company, et al.  
Action #: 6:12-cv-00053-DLC  
Rep: Carol M. Bazzanella  
Cert: RPR, CRR

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | (video) Paul V. Rosasco, P.E. | Appearance Fee - Hourly | $125.00 |
| 2 | (video) Paul V. Rosasco, P.E. | Original Certified Transcript | $643.85 |
| 3 | (video) Paul V. Rosasco, P.E. | Rough Draft | $191.25 |
| 4 | (video) Paul V. Rosasco, P.E. | Electronic Transcript Files | $15.00 |
| 5 | (video) Paul V. Rosasco, P.E. | Exhibits | $169.65 |
| 6 | (video) Paul V. Rosasco, P.E. | Original Video Fee | $651.25 |
| 7 | (video) Paul V. Rosasco, P.E. | Word Index - NO CHARGE | $0.00 |

**Comments:**  
Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $1,796.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,796.00 |
| Payment | $0.00 |
| Balance Due | $1,796.00 |

Federal Tax I.D.: 84-0835207    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.  
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**   Internal File No: 21688  
Elizabeth H. Temkin, Esq.  
Temkin Wielga & Hardt LLP  
1900 Wazee Street  
Suite 303  
Denver, CO 80202

**Deliver To:**  
Elizabeth H. Temkin, Esq.  
Temkin Wielga & Hardt LLP  
1900 Wazee Street  
Suite 303  
Denver, CO 80202

# Invoice

Hunter + Geist, Inc.  
1900 Grant Street  
Suite 1025  
Denver, CO 80203

Phone: (303) 832-5966  
Fax: (303) 832-9525

Invoice #: 110319  
Inv.Date: 05/17/14  
Balance: $1,796.00  
Job #: 140425CB  
Job Date: 04/25/14  
DB Ref.#:  
Date of Loss: / /  
Your File #:  
Your Client: Atlantic Richfield

# MERRILL CORPORATION

**LegaLink, Inc.**
20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17187890 | 04/01/2014 | 1707-361328 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/18/2014 | HUNT02 | |

| CASE CAPTION |
|---|
| ASARCO vs. Atlantic Richfield |

| TERMS |
|---|
| Immediate, sold Merrill FOB facility |

William Duffy
David Graham & Stubbs, LLP
1550 17th Street
Suite 500
Denver, CO 80202

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Robin Bullock                    370 Pages @    3.50/Page      1,295.00
        Exhibit Copy Scan          49.00 Pages @     .65/Page         31.85
        Unedited ASCII (RT)       327.00 Pages @    1.45/Page        474.15
        TotalTranscript                                               45.00
        Production and Code Comp                                      50.00
        Process/Delivery NL                                           25.00
                                                                 ----------
                               TOTAL   DUE  >>>>                   1,921.00
                               AFTER 5/1/2014 PAY                  2,113.10
```

Your business is appreciated, thank you.
For your convenience we accept Visa, Mastercard and American Express.
Credit Card hotline 1-866-550-1934 (Monday-Thursday 6am-6pm, Friday-6am-4pm Central Standard Time).

Use Tax - $ 69.54
2280-1-00-0000

1990.54

TAX ID NO.: 20-2665382

(303) 892-9400    Fax (303) 893-1379

*Please detach bottom portion and return with payment.*

---

William Duffy
David Graham & Stubbs, LLP
1550 17th Street
Suite 500
Denver, CO 80202

Approved to pay as client expense
[signature] 4/4/2014

Invoice No.: 17187890
Date        : 04/01/2014
TOTAL DUE   :   1,921.00
AFTER 5/1/2014 PAY : 2,113.10

Job No.  : 1707-361328
Case No. :
ASARCO vs. Atlantic Richfield

Remit To:   LegaLink, Inc.
            File 70206
            Los Angeles, CA 90074-0206

# MERRILL CORPORATION

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17188430 | 04/30/2014 | 1705-361796 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 04/02/2014 | WORDLO | |

| CASE CAPTION |
|---|
| ASARCO vs. Atlantic Richfield |
| TERMS |
| Immediate, sold FOB Merrill facility |

William Duffy
David Graham & Stubbs, LLP
1550 17th Street
Suite 500
Denver, CO 80202

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Sandy Stash                       356    Pages @      2.75/Page       979.00
        Exhibit Copy Scan              52.00 Pages @       .65/Page        33.80
        Color Copies                    2.00 Pages @      1.00/Page         2.00
        Unedited ASCII (RT)           297.00 Pages @       .50/Page       148.50
        TotalTranscript                                                    45.00
        Production and Code Comp                                           50.00
        Process/Delivery NL                                                25.00

                                       TOTAL   DUE    >>>>               1,283.30

                                       AFTER 5/30/2014 PAY               1,411.63
```

Your business is appreciated, thank you.
For your convenience we accept Visa, Mastercard and American Express.
Credit Card hotline 1-866-550-1934 (Monday-Thursday 6am-6pm, Friday-6am-4pm Central Standard Time).

Use Tax - $ 46.46
2280-1-00-0000

1329.76

TAX ID NO.: 20-2665382           (303) 892-9400    Fax (303) 893-1379

*Please detach bottom portion and return with payment.*

---

William Duffy
David Graham & Stubbs, LLP
1550 17th Street
Suite 500
Denver, CO 80202

Invoice No.: 17188430
Date       : 04/30/2014
TOTAL DUE  :    1,283.30
AFTER 5/30/2014 PAY : 1,411.63

Job No.   : 1705-361796
Case No.  :
ASARCO vs. Atlantic Richfield

Remit To:    LegaLink, Inc.
             File 70206
             Los Angeles, CA 90074-0206

**Hunter + Geist, Inc.**
1900 Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966  Fax: (303) 832-9525

Job #: 140326GR
Job Date: 03/26/14
Order Date: 03/26/14
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Atlantic Richfield Compan

# Invoice

Invoice #: 108929
Inv.Date: 04/11/14
Balance: $2,755.75

Bill To:
Elizabeth H. Temkin, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street
Suite 303
Denver, CO 80202

Action: ASARCO LLC
vs
Atlantic Richfield Company, et al.
Action #: 6:12-cv-00053-DLC
Rep: Glennie Reporting
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | (video) Don Robbins | Appearance Fee - Hourly | $180.00 |
| 2 | (video) Thomas L. Aldrich | Appearance Fee - Hourly | $50.00 |
| 3 | (video) Don Robbins | Original Certified Transcript | $854.40 |
| 4 | (video) Don Robbins | Rough Draft | $201.00 |
| 5 | (video) Don Robbins | Electronic Transcript Files | $15.00 |
| 6 | (video) Don Robbins | Scanned Exhibits | $18.93 |
| 7 | (video) Don Robbins | Word Index - NO CHARGE | $0.00 |
| 8 | (video) Thomas L. Aldrich | Original Certified Transcript | $250.80 |
| 9 | (video) Thomas L. Aldrich | Rough Draft | $54.00 |
| 10 | (video) Thomas L. Aldrich | Electronic Transcript Files | $15.00 |
| 11 | (video) Thomas L. Aldrich | Scanned Exhibits | $17.78 |
| 12 | (video) Thomas L. Aldrich | Word Index - NO CHARGE | $0.00 |
| 13 | | Lodging | $109.00 |
| 14 | | Mileage | $119.84 |
| 15 | | Original Video Fee | $870.00 |

Comments:

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $2,755.75 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $2,755.75 |
| Payment | $0.00 |
| Balance Due | $2,755.75 |

Federal Tax I.D.: 84-0835207
Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

Bill To:
Elizabeth H. Temkin, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street
Suite 303
Denver, CO 80202

Deliver To:
Elizabeth H. Temkin, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street
Suite 303
Denver, CO 80202

# Invoice

Phone: (303) 832-5966
Fax: (303) 832-9525

Invoice #: 108929
Inv.Date: 04/11/14
Balance: $2,755.75
Job #: 140326GR
Job Date: 03/26/14
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Atlantic Richfield Compan

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

# Hunter + Geist, Inc.

1900 Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966  Fax: (303) 832-9525

Job #: 140205GR
Job Date: 02/05/14
Order Date: 02/05/14
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 108937
Inv.Date: 04/11/14
Balance: $2,994.42

**Bill To:**
Elizabeth H. Temkin, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street
Suite 303
Denver, CO 80202

Action: ASARCO LLC
vs
Atlantic Richfield Company, et al.
Action #: 6:12-cv-00053-DLC
Rep: Glennie Reporting
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Don Robbins | Appearance Fee - Hourly | $190.00 |
| 2 | Donald A. Robbins 30(b)(6) | Appearance Fee - Hourly | $90.00 |
| 3 | Don Robbins | Original Certified Transcript | $700.00 |
| 4 | Don Robbins | Rough Draft | $222.00 |
| 5 | Don Robbins | Electronic Transcript Files | $15.00 |
| 6 | Don Robbins | Scanned Exhibits | $88.25 |
| 7 | Don Robbins | Original Video Fee | $715.00 |
| 8 | Don Robbins | Word Index - NO CHARGE | $0.00 |
| 9 | Donald A. Robbins 30(b)(6) | Original Certified Transcript | $349.70 |
| 10 | Donald A. Robbins 30(b)(6) | Rough Draft | $111.00 |
| 11 | Donald A. Robbins 30(b)(6) | Electronic Transcript Files | $15.00 |
| 12 | Donald A. Robbins 30(b)(6) | Scanned Exhibits | $1.87 |
| 13 | Donald A. Robbins 30(b)(6) | Original Video Fee | $295.00 |
| 14 | Donald A. Robbins 30(b)(6) | Word Index - NO CHARGE | $0.00 |
| 15 | Donald A. Robbins 30(b)(6) | Mileage | $201.60 |

**Comments:**

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $2,994.42 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $2,994.42 |
| Payment | $0.00 |
| Balance Due | $2,994.42 |

Federal Tax I.D.: 84-0835207
Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Elizabeth H. Temkin, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street
Suite 303
Denver, CO 80202

**Deliver To:**
Elizabeth H. Temkin, Esq.
Temkin Wielga & Hardt, LLP
1900 Wazee Street
Suite 303
Denver, CO 80202

# Invoice

Phone: (303) 832-5966
Fax: (303) 832-9525

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

Invoice #: 108937
Inv.Date: 04/11/14
Balance: $2,994.42
Job #: 140205GR
Job Date: 02/05/14
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: