# EXHIBIT 1B

| | | |
|---|---|---|
| **BILL FOR COLLECTION** | BILL NO. | |
| | EPA-R8-2013-001139 | |
| BUREAU/OFFICE FOR REMITTANCE PAYABLE | DATE | |
| U.S. Environmental Protection Agency, Region VIII    TIN # 52-0852695 | 12/19/2012 | |
| ADDRESS FOR MAILING PAYMENT | ONLINE PAYMENT OPTION | AMOUNT OF PAYMENT |
| U.S. Environmental Protection Agency<br>FOIA and Miscellaneous Payments<br>Cincinnati Finance Center<br>PO Box 979078<br>St. Louis, MO 63197-9000 | http://www.pay.gov<br>Enter sfo 1.1 in the search field<br>Open form & complete required fields. | $ 168.00 |

**PAYER**

David Graham & Stubgs. LLP
Attn: Pamela Lee
1550 17th Street - Suite 500
Denver, CO 80202

**Re: East Helena Site**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Costs for Freedom of Information Act Request: **EPA-R8-2013-001139** | |
| | Search | $ 112.00 |
| | Review | 56.00 |
| | Computer Time | 0.00 |
| | Photocopy | 0.00 |
| | CD Mailer | 0.00 |

**Payment Due Date: 1/22/2013**

| | | |
|---|---|---|
| IMPORTANT: A receipt will be issued for all cash remittances and for all other remittances when required by applicable procedures. Failure to receive a receipt for cash payment should be promptly reported to the bureau or office shown above. | **AMOUNT DUE** | $ 168.00 |

| | BILL FOR COLLECTION | BILL NO. |
|---|---|---|
| | | EPA-R8-2013-001753 |

| BUREAU/OFFICE FOR REMITTANCE PAYABLE | DATE |
|---|---|
| U.S. Environmental Protection Agency, Region VIII    TIN # 52-0852695 | 1/10/2013 |

| ADDRESS FOR MAILING PAYMENT | ONLINE PAYMENT OPTION | AMOUNT OF PAYMENT |
|---|---|---|
| U.S. Environmental Protection Agency<br>FOIA and Miscellaneous Payments<br>Cincinnati Finance Center<br>PO Box 979078<br>St. Louis, MO 63197-9000 | http://www.pay.gov<br>Enter sfo 1.1 in the search field<br>Open form & complete required fields. | $ 154.00 |

PAYER

Pamela Lee
Davis Graham & Stubbs, LLP
1550 Seventeenth Street - Suite 500
Denver, CO 80202

Re: East Helena Site Administrative Record
    TextWorks Report

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | Costs for Freedom of Information Act Request: **EPA-R8-2013-001753** | | |
| | | Search | $ 112.00 |
| | | Review | 42.00 |
| | | Computer Time | 0.00 |
| | | Photocopy | 0.00 |
| | | CD Mailer | 0.00 |
| | **Payment Due Date: 2/11/2013** | | |

IMPORTANT: A receipt will be issued for all cash remittances and for all other remittances when required by applicable procedures. Failure to receive a receipt for cash payment should be promptly reported to the bureau or office shown above.

**AMOUNT DUE**    $ 154.00

|  | BILL FOR COLLECTION | BILL NO. |
|---|---|---|
|  |  | EPA-R8-2013-001597 |
| BUREAU/OFFICE FOR REMITTANCE PAYABLE | | DATE |
| U.S. Environmental Protection Agency, Region VIII     TIN # 52-0852695 | | 1/22/2013 |
| ADDRESS FOR MAILING PAYMENT | ONLINE PAYMENT OPTION | AMOUNT OF PAYMENT |
| U.S. Environmental Protection Agency<br>FOIA and Miscellaneous Payments<br>Cincinnati Finance Center<br>PO Box 979078<br>St. Louis, MO  63197-9000 | http://www.pay.gov<br>Enter sfo 1.1 in the search field<br>Open form & complete required fields. | $ 280.00 |

## PAYER

Davis Graham & Stubbs, LLP
Attn:  Pamela Lee
1550 Seventeenth Street, Suite 500
Denver, CO 80202

Re:  Final Potentially Responsible Party Research Report, East Helena Zinc Plant, L&C County

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | Costs for Freedom of Information Act Request: **EPA-R8-2013-001597** |  |
|  | Search | $ 224.00 |
|  | Review | 56.00 |
|  | Computer Time | 0.00 |
|  | Photocopy | 0.00 |
|  | CD Mailer | 0.00 |
|  | **Payment Due Date: 2/21/2013** |  |

IMPORTANT: A receipt will be issued for all cash remittances and for all other remittances when required by applicable ... dures. Failure to receive a receipt for cash payment should be promptly reported to the bureau or office shown above.

**AMOUNT DUE** — **$ 280.00**

# FOIA Invoice

U.S Environmental Protection Agency
1200 Pennsylvania Ave, NW
Washington, DC 20460

| Mail Payment to | FOIA Tracking Number |
|---|---|
| USEPA, FOIA and Miscellaneous Payments, Cincinnati Finance Center<br>P.O. BOX 979078<br>St. Louis, MO 63197-9000 | EPA-R8-2013-008705 |
| | **Invoice Date**<br>09/19/2013 |

| Requester Contact Information | Description of Records Requested |
|---|---|
| Pamela Lee<br>Davis Graham & Stubbs, LLP<br>1550 Seventeenth Street<br>Suite 500<br>Denver, CO 80202<br>pamela.lee@dgslaw.com | RCRA Index. Please see attach for requested documents. Thanks!<br>The following are additional documents that are not included on the attachment below to this FOIA that we would also like copies of:<br>1022971<br>1022977<br>1022587<br>1059204<br>1059212<br>1059218 |

| Request Received | Date<br>07/31/2013 | By<br>Montana Operations Office |
|---|---|---|
| **Request Fulfilled by Agency** | Date<br>09/19/2013 | By<br>Debra Clevenger |

**Comments/Instructions**

| Description of Costs | Quantity | Amount (USD) |
|---|---|---|
| Search | 6.5 hours | $182.00 |
| Review | 1.0 hours | $28.00 |
| | **AMOUNT DUE** | **$210.00** |