

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ASARCO LLC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY, *et al.*,<br><br>Defendants. | CV 12–53–H–DLC<br><br>ORDER |

Before the Court are Plaintiff's Motion for *Pro Hac Vice* Admission of Alicia C. O'Brien (Doc. 212) and Motion for *Pro Hac Vice* Admission of Keola Robert Whittaker (Doc. 213). Plaintiff states that Kris A. McLean will act as local counsel for both Alicia C. O'Brien ("O'Brien") and Keola Robert Whittaker ("Whittaker"). Both O'Brien's and Whittaker's applications appear to be in order. Accordingly,

IT IS ORDERED that Plaintiff's Motion for *Pro Hac Vice* Admission of Alicia C. O'Brien (Doc. 212) and Motion for *Pro Hac Vice* Admission of Keola Robert Whittaker (Doc. 213) are GRANTED on the condition that O'Brien and Whittaker shall do their own work. This means that both must: (1) do their own

writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally in all hearings and other proceedings scheduled by the Court. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information on CM-ECF is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that O'Brien and Whittaker shall file separate pleadings acknowledging their admission under the terms set forth above within fifteen days of this Order. Should either fail to do so, this Order is subject to withdrawal as it relates to non-compliant counsel.

DATED this 16th day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court