IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ASARCO LLC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY, *et al.*,<br><br>Defendants. | CV 12–53–H–DLC<br><br>ORDER |

IT IS ORDERED that this matter is referred to United States Magistrate Judge Jeremiah C. Lynch for the limited purpose of conducting a formal settlement conference.

The Clerk of Court shall immediately notify the parties and Judge Lynch of the entry of this Order.

DATED this 12th day of March, 2018.

Dana L. Christensen, Chief District Judge
United States District Court