IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED
MAY 10 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| ASARCO LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC RICHFIELD COMPANY, a Delaware Corporation,<br><br>Defendant. | CV 12-53-H-DLC<br><br>ORDER |

IT IS ORDERED that the parties shall each prepare a notebook including all expert reports of expert witnesses that the party intends to call at trial, and deliver a copy to the Clerk of Court by May 16, 2018.

Dated this 10th day of May, 2018.

Dana L. Christensen, Chief Judge
United States District Court

1