UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ASARCO LLC, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br>a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. CV-12-53-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Asarco, LLC, and against Defendant Atlantic Richfield Company in accordance with the Findings of Fact, Conclusions of Law and Judgment issued on this date.

　　Dated this 26th day of June, 2018.

　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　By: /s/ A.S. Goodwin
　　　　　　　　　　　　　　　A.S. Goodwin, Deputy Clerk

