IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ASARCO LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC RICHFIELD COMPANY, a Delaware Corporation,<br><br>Defendant. | CV 12–53–H–DLC<br><br>ORDER |

Defendant Atlantic Richfield Company ("Atlantic Richfield") moves for a temporary extension of the automatic stay of proceedings to enforce the judgment. (Doc. 271.) Fed. R. Civ. P. 62(a) automatically stays any proceedings to enforce or execute the judgment for 14 days. This automatic stay will expire on July 10, 2018. Atlantic Richfield attempted to contact to Asarco LLC ("Asarco") as to its position regarding the extension of the automatic stay, but Asarco has not yet responded.

Atlantic Richfield currently is evaluating whether to file any post-trial motions or an appeal, and the Court ordered briefing regarding attorney's fees and costs as well as the rate and calculation of prejudgment interest are not yet fully

briefed. Atlantic Richfield requests that the Court extend the automatic stay of proceedings to enforce or execute the judgment to and including 14 days after the Court decides the amount of attorneys' fees, costs, and interest to which Asarco is entitled.

Given the current circumstances of this case post-judgment, and the Court ordered additional briefing that has yet to occur, the Court finds that an extension of the automatic stay is warranted.

Accordingly, IT IS ORDERED that the Motion (Doc. 271) is GRANTED. The automatic stay of proceedings to enforce or execute the judgment is extended to and including 14 days after the Court decides the amount of attorneys' fees, costs, and interest to which Asarco is entitled.

DATED this 10th day of July, 2018.

Dana L. Christensen, Chief District Judge
United States District Court