IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



**FILED**

OCT 1 6 2018

Clerk, U S District Court
District Of Montana
Missoula

ASARCO LLC, a Delaware
corporation,

     Plaintiff,

v.

ATLANTIC RICHFIELD COMPANY,
a Delaware Corporation,

     Defendant.

CV 12–53–H–DLC

ORDER

Before the Court is Defendant Atlantic Richfield Company's emergency
motion to approve supersedeas bond. (Doc. 288.)  Plaintiff Asarco, LLC does not
oppose the bond itself but requests that the Court direct Atlantic Richfield to
deposit the original bond with the Court.  The Court agrees that it is appropriate for
the original documents to be deposited with the Clerk of Court.  Thus, it grants the
motion (Doc. 288) on the condition that Atlantic Richfield post the supersedeas
bond and related materials with the Clerk of Court.

Accordingly, IT IS ORDERED that Atlantic Richfield deposit the original
bond and all supporting documentation with the Clerk of Court for safekeeping on
or before 12:00 p.m. on Friday, October 19, 2018.  Upon the Court's receipt of the
original bond and related materials, the motion (Doc. 288) will be GRANTED and

-1-

this case will be STAYED pending resolution of the Defendant's appeal.

IT IS FURTHER ordered that the Clerk of Court shall terminate the pending motion (Doc. 288) upon receipt of the original bond and supporting materials. The Clerk shall not return the bond absent an Order by this Court.

DATED this 16th day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court