Randy J. Cox
Randy J. Tanner
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT  59807-9199
Telephone:  (406) 543-6646
rcox@boonekarlberg.com
rtanner@boonekarlberg.com

William J. Duffy, *pro hac vice*
Kenzo S. Kawanabe, *pro hac vice*
Benjamin B. Strawn, *pro hac vice*
Elizabeth H. Temkin, *pro hac vice*
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO  80202-1500
william.duffy@dgslaw.com
kenzo.kawanabe@dgslaw.com
ben.strawn@dgslaw.com
elizabeth.temkin@dgslaw.com

*Attorneys for Defendant Atlantic Richfield Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA

| | |
|---|---|
| ASARCO LLC, a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ATLANTIC RICHFIELD COMPANY, a Delaware Corporation,<br><br>    Defendant. | Cause No.:  6:12-cv-00053-DLC<br><br>Hon. Dana L. Christensen<br><br>**NOTICE OF APPEAL** |

4484976

Notice is hereby given that Atlantic Richfield Company, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on June 26, 2018 (Doc. No. 269) and from any and all orders antecedent and ancillary thereto, including any and all underlying and/or interlocutory judgments, decrees, decisions, rulings, and opinions that merged into or became part of the judgment, that shaped the judgment, that are related to the judgment, or upon which the judgment is based. In addition, Atlantic Richfield Company appeals from the Order issued on October 5, 2018 (Doc. No. 284) and any other orders resolving any post-trial motions, including any orders regarding attorneys' fees and costs.

Pursuant to Circuit Rule 3-2(b), a Representation Statement is attached to this Notice of Appeal as Exhibit A.

Dated this 1st day of November, 2018.

      *s/ Benjamin B. Strawn*
Randy J. Cox
Randy J. Tanner
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT  59807-9199
Telephone:  (406) 543-6646
rcox@boonekarlberg.com
rtanner@boonekarlberg.com


William J. Duffy, *pro hac vice*
Kenzo S. Kawanabe, *pro hac vice*
Benjamin B. Strawn, *pro hac vice*
Elizabeth H. Temkin, *pro hac vice*
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO  80202-1500
william.duffy@dgslaw.com
kenzo.kawanabe@dgslaw.com
ben.strawn@dgslaw.com
elizabeth.temkin@dgslaw.com


*Attorneys for Defendant Atlantic Richfield Company*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 1st day of November, 2018 a true and correct copy of the foregoing **NOTICE OF APPEAL** was filed and served via CM/ECF on the following:

Alicia O'Brien
Gregory Evans
Keola Whittaker
McGUIREWOODS LLP – LOS ANGELES
355 S. Grand Avenue
Suite 4200
Los Angeles, CA  90071
Phone:  (213) 627-2579
Fax:     (213) 627-2579
Email:   aobrien@mcguirewoods.com
         gevans@mcguirewoods.com
         kwhittaker@mcguirewoods.com

Kris McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, MT  59833
Phone:  (406) 214-1965
Email:   kris@krismcleanlaw.com

Rachel Parkin
MILODRAGOVICH DALE STEINBRENNER
620 High Park Way
PO Box 4947
Missoula, MT  59806-4947
Phone:  (406) 728-1455
Fax:     (406) 549-7077
Email:   rparkin@bigskylawyers.com


                                                  *s/ Melissa Kemp*

# EXHIBIT A

Randy J. Cox
Randy J. Tanner
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT  59807-9199
Telephone:  (406) 543-6646
rcox@boonekarlberg.com
rtanner@boonekarlberg.com

William J. Duffy, *pro hac vice*
Kenzo S. Kawanabe, *pro hac vice*
Benjamin B. Strawn, *pro hac vice*
Elizabeth H. Temkin, *pro hac vice*
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO  80202-1500
william.duffy@dgslaw.com
kenzo.kawanabe@dgslaw.com
ben.strawn@dgslaw.com
elizabeth.temkin@dgslaw.com

*Attorneys for Defendant Atlantic Richfield Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA

| | |
|---|---|
| ASARCO LLC, a Delaware Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>ATLANTIC RICHFIELD COMPANY, a Delaware Corporation,<br><br>        Defendant. | Cause No.:  6:12-cv-00053-DLC<br><br>Hon. Dana L. Christensen<br><br>**REPRESENTATION STATEMENT** |

Pursuant to Circuit Rule 3-2(b) and Federal Rule of Appellate Procedure 12(b), Defendant Atlantic Richfield Company hereby submits the following representation statement.

Defendant Atlantic Richfield Company is represented by the following attorneys:

Randy J. Cox
Randy J. Tanner
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT  59807-9199
(406) 543-6646

William J. Duffy
Kenzo S. Kawanabe
Benjamin B. Strawn
Elizabeth H. Temkin
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO  80202-1500

Plaintiff Asarco LLC is represented by the following attorneys:

Alicia O'Brien
Gregory Evans
Keola Whittaker
McGUIREWOODS LLP – LOS ANGELES
355 S. Grand Avenue
Suite 4200
Los Angeles, CA  90071
(213) 627-2579

Kris McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, MT  59833
(406) 214-1965

Rachel Parkin
MILODRAGOVICH DALE STEINBRENNER
620 High Park Way
PO Box 4947
Missoula, MT  59806-4947
(406) 728-1455

Dated this 1st day of November, 2018.

      *s/ Benjamin B. Strawn*
Randy J. Cox
Randy J. Tanner
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT  59807-9199
Telephone:  406.543.6646
rcox@boonekarlberg.com
rtanner@boonekarlberg.com


William J. Duffy, *pro hac vice*
Kenzo S. Kawanabe, *pro hac vice*
Benjamin B. Strawn, *pro hac vice*
Elizabeth H. Temkin, *pro hac vice*
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO  80202-1500
william.duffy@dgslaw.com
kenzo.kawanabe@dgslaw.com
ben.strawn@dgslaw.com
elizabeth.temkin@dgslaw.com


*Attorneys for Defendant Atlantic Richfield Company*