UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 06 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASARCO LLC, a Delaware corporation,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>ATLANTIC RICHFIELD COMPANY, LLC, a Delaware corporation,<br><br>    Defendant - Appellant,<br><br> and<br><br>BRITISH PETROLEUM, PLC, a United Kingdom Corporation and AMERICAN CHEMET CORPORATION, a Montana Corporation,<br><br>    Defendants. | No. 18-35934<br><br>D.C. No. 6:12-cv-00053-DLC<br>U.S. District Court for Montana, Helena<br><br>**MANDATE** |

The judgment of this Court, entered September 14, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7