IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ASARCO LLC, a Delaware Corporation,<br><br>　　　Plaintiff,<br><br>　v.<br><br>ATLANTIC RICHFIELD COMPANY, a Delaware Corporation,<br><br>　　　Defendant. | CV 12–53–H–DLC<br><br><br>ORDER |

Pursuant to the Ninth Circuit's opinion and mandate (Docs. 307, 309) and this Court's order on remand (Doc. 324), the parties will begin to present evidence on the necessary response costs incurred at the East Helena site since trial on February 4, 2021.

Accordingly, IT IS ORDERED that before the close of business on Tuesday, February 2, 2021, each party shall file its respective witness list. Each list shall indicate whether the witness will appear in-person or by Zoom.[1]

---

[1] For those witnesses appearing via Zoom, the Clerk of Court will notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing. Zoom Guidance and Setup is available at: https://www.mtd.uscourts.gov/zoom-hearings.

-1-

DATED this 29th day of January, 2021.

_____
Dana L. Christensen, District Judge
United States District Court