# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 22, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Atlantic Richfield Company
           v. Asarco LLC
           No. 20-1142
           (Your No. 18-35934)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 11, 2021 and placed on the docket February 22, 2021 as No. 20-1142.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst