UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ASARCO LLC, A DELAWARE CORPORATION,<br><br>      Plaintiff,<br><br> vs.<br><br>ATLANTIC RICHFIELD COMPANY, A DELAWARE CORPORATION,<br><br>      Defendant. | Case No. CV-12-053-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED: Judgment is entered in favor of Plaintiff ASARCO and against Defendant Atlantic Richfield as follows:

  (1) Atlantic Richfield shall pay to ASARCO $15,337,590 for necessary costs of response incurred pursuant to CERCLA § 113(f), which constitutes 25% of $61,350,359.

  (2) Atlantic Richfield shall pay to ASARCO $1,000,000 based on this Court's previous findings regarding Atlantic Richfield's lack of cooperation.

  (3) Using the Superfund Interest Rates outlined above, Atlantic Richfield shall pay to ASARCO prejudgment interest running from June 5, 2012 until the date of entry of this Judgment.

(4) Atlantic Richfield shall pay to ASARCO $37,194.27 in costs.

(5) Atlantic Richfield shall pay to ASARCO post-judgment interest pursuant to 26 U.S.C. § 1961.

Dated this 26th day of May 2021.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk